IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**RICHARD C. LERBLANCE** and
**CHIEFTAIN ROYALTY COMPANY,** on behalf of themselves and all others similarly situated,

    **Plaintiffs,**

v.

**CALYX ENERGY III, LLC**

    **Defendant.**

Case No.  6:23-cv-00047-JFH-GLJ

## JOINT STATUS REPORT

Plaintiffs, Richard C. Lerblance and Chieftain Royalty Company, on behalf of themselves and all others similarly situated (collectively "Plaintiffs"), and Defendant, Calyx Energy III, LLC ("Calyx"), by and through their counsel and pursuant to this Court's Order dated December 18, 2023, hereby submit the following Joint Status Report as to the status of discovery in the above-captioned matter:

    **1.**    **Supplemental Privilege Log.** Calyx continues reviewing Plaintiffs' March 17, 2025, correspondence which includes claims regarding Calyx's supplemental Privilege Log and will respond to Plaintiffs' letter as soon as Calyx completes its review.

    **2.**    **Fact Witness Depositions.** The deposition of Calyx's employee, Michelle Farrell, was conducted and concluded on May 2, 2025.

    **3.**    **Plaintiffs' Request for Supplementation.** Calyx is working on collecting, reviewing, and producing the following categories of documents in response to Plaintiffs' February 21, 2025, request for supplementation:

- Third updated pay history data for all Calyx's wells; and
- Check stubs for the additional wells listed on Calyx's updated well list.

4. As of the time of this Joint Status Report, the items listed in Paragraphs 1 and 3 above are necessary to fully respond to Plaintiffs' discovery requests. Calyx continues to work diligently to now turn to supplementation of Plaintiffs' discovery requests.

/s/ Robin F. Fields
Robin F. Fields, OBA #10806
Heidi M. Nichols, OBA #20294
FOX ROTHSCHILD LLP
210 Park Avenue, Suite 1800
Oklahoma City, Oklahoma 73102
Telephone: (405) 871-5600
Facsimile: (405) 871-5601
Email: rffields@foxrothschild.com
      hnichols@foxrothschild.com

**COUNSEL FOR DEFENDANT, CALYX ENERGY III, LLC**

/s/ Cody L. Hill
(signed by Filing Attorney with Permission of Attorney)
Bradley E. Beckworth, OBA No. 19982
Jeffrey J. Angelovich, OBA No. 19981
Lisa Baldwin, OBA No. 32947
Drew Pate, OBA No. 34600
Cody L. Hill, Texas Bar No. 24095836

**NIX PATTERSON, LLP**
8701 Bee Cave Road, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
E-mail: bbeckworth@nixlaw.com
jangelovich@nixlaw.com
lbaldwin@nixlaw.com
dpate@nixlaw.com
codyhill@nixlaw.com

Susan Whatley, OBA No. 30960
**NIX PATTERSON, LLP**
P.O. Box 178
Linden, TX 75563
Telephone: (903) 215-8310
Email: swhatley@nixlaw.com
Michael Burrage, OBA No. 1350

**WHITTEN BURRAGE**
512 N. Broadway Ave, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
E-mail: mburrage@whittenburragelaw.com

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS**